B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mehta, Sandip B.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Mehta, Avani S.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5287** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3416** |
| Street Address of Debtor (No. and Street, City, and State):<br>**3922 Park Street**<br>**Westmont, IL**                    ZIP Code **60559** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**3922 Park Street**<br>**Westmont, IL**                    ZIP Code **60559** |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business:<br>**DuPage** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☑ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                      Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Mehta, Sandip B.**<br>**Mehta, Avani S.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>    Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)


        _____
        (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Mehta, Sandip B.**<br>**Mehta, Avani S.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Sandip B. Mehta**
Signature of Debtor  **Sandip B. Mehta**

X **/s/ Avani S. Mehta**
Signature of Joint Debtor **Avani S. Mehta**

Telephone Number (If not represented by attorney)

**January 19, 2010**
Date

### Signature of Attorney*

X **/s/ Ariel Weissberg**
Signature of Attorney for Debtor(s)

**Ariel Weissberg 03125591**
Printed Name of Attorney for Debtor(s)

**Weissberg and Associates, Ltd.**
Firm Name

**401 S. LaSalle St.**
**Suite 403**
**Chicago, IL 60605**

Address

**Email: ariel@weissberglaw.com**
**312-663-0004  Fax: 312-663-1514**
Telephone Number

**January 19, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Sandip B. Mehta**
      **Avani S. Mehta**

                           Debtor(s)

Case No. _____

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                        Page 2

   ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
      ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
      ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
      ☐ Active military duty in a military combat zone.

   ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

    Signature of Debtor:  **/s/ Sandip B. Mehta**
                       **Sandip B. Mehta**
    Date:  **January 19, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Sandip B. Mehta**
         **Avani S. Mehta**

Debtor(s)

Case No. _____

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Avani S. Mehta**
                         **Avani S. Mehta**

Date:   **January 19, 2010**

B6D (Official Form 6D) (12/07)

In re    **Sandip B. Mehta,**                                         Case No. _____
**Avani S. Mehta,**
                                                                    ,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. **xxxxxxxxx3055**<br><br>**Bank of America**<br>**P.O. Box 45224**<br>**Jacksonville, FL 32232** | | | J | | **Lien**<br><br>**2007 Mercedes S550** | | | | | |
| | | | | | Value $           **50,000.00** | | | | **70,634.50** | **20,634.50** |
| Account No. **xxxxx0407**<br><br>**Leaders Bank**<br>**2001 York Road, Suite 150**<br>**Oak Brook, IL 60523** | | | J | | **First Mortgage**<br><br>**3922 North Park Street, Westmont, Illinois, 60559** | | | | | |
| | | | | | Value $         **425,000.00** | | | | **392,929.00** | **0.00** |
| Account No.<br><br>**Toyota Motor Finance**<br>**25 Atlantic Avenue**<br>**Erlanger, KY 41018-3188** | | | J | | **Lien**<br><br>**2010 Toyota Camry** | | | | | |
| | | | | | Value $           **30,000.00** | | | | **28,000.00** | **0.00** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

____0____ continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **491,563.50** | **20,634.50** |
| Total<br>(Report on Summary of Schedules) | **491,563.50** | **20,634.50** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                            Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **Sandip B. Mehta,**                                     Case No. _____

        **Avani S. Mehta**

                                               Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

     A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

     The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

     Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

     Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

     Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                            Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Sandip B. Mehta,**                 Case No. _____
         **Avani S. Mehta**

_____,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No. | | | | | | | | | Unknown | |
| **Illinois Department of Revenue Springfield, IL 62719-0001** | J | | | | | | X | Unknown | | 0.00 |
| Account No. | | | | | | | | | Unknown | |
| **Internal Revenue Service Kansas City, MO 64999-0002** | J | | | | | | X | Unknown | | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to       Subtotal      0.00
Schedule of Creditors Holding Unsecured Priority Claims   (Total of this page)    0.00     0.00

Total     0.00
(Report on Summary of Schedules)     0.00     0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **Sandip B. Mehta,**
       **Avani S. Mehta**
                                                              Case No. _____

_____
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **5/3rd Bank** <br> **c/o Mulherin, Rehfeldt & Varchetto** <br> **211 S. Wheaton Ave, Ste. 200** <br> **Wheaton, IL 60187** | X | H | | | | X | 210,784.93 |
| Account No. <br><br> **Acharya, Mihir** <br> **744 W. Rosiland Drive** <br> **Palatine, IL 60047** | X | H | | | | X | 15,000.00 |
| Account No. <br><br> **Acura Financial Services** <br> **P.O.Box 165378** <br> **Irving, TX 75016-5378** | | J | | | | | 6,500.00 |
| Account No. <br><br> **ADP Total Source, Inc** <br> **c/o James F. Dunneback, P.C** <br> **9501 W. 144th Place, Suite 200** <br> **Orland Park, IL 60462** | | J | | | | X | Unknown |

| | |
|---|---|
| __11__ continuation sheets attached | |
| Subtotal <br> (Total of this page) | 232,284.93 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sandip B. Mehta,**                                        Case No. _____

            **Avani S. Mehta**

_____,

                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Algonquin Bank** **c/o Zukowski Rogers, Flood & McArdl** **50 Virginia St** **Crystal Lake, IL 60014** | | H | | | | | | 310,956.38 |
| Account No. | | | | | | | | |
| **All Points Capital Corp** **265 Broadhallow Rd** **Melville, NY 11747** | | H | | | | | | 1,965,328.61 |
| Account No. xxxxxxxxxx-x2001 | | W | | Credit Card | | | | |
| **American Express** **Box 0001** **Los Angeles, CA 90096-8000** | | | | | | | | 2,876.65 |
| Account No. | | | | | | | | |
| **Amin, Jayal** **Amin Law Offices, Ltd.** **502 Pratt Ave. North** **Schaumburg, IL 60193** | X | H | | | | | | 10,000.00 |
| Account No. | | | | | | | | |
| **Baytree Leasing Company, LLC** **c/o Law Offices of Deborah S. Ashen** **217 N. Jefferson St., ste 600** **Chicago, IL 60661** | X | H | | | | | | 81,204.94 |

Sheet no. __1___ of __11__ sheets attached to Schedule of               Subtotal
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)      **2,370,366.58**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sandip B. Mehta,**
        **Avani S. Mehta**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Cannon Financial Services c/o Borst & Collins, LLC Two Prudential Plaza 180 N. Stetson Chicago, IL 60601** | | H | | | | | 722,674.39 |
| Account No. **xxxxxxxxxxxx1921** | | | Credit Card | | | | |
| **Chase Cardmember Services P.O. Box 15153 Wilmington, DE 19886-5153** | | J | | | | | 116.34 |
| Account No. | | | | | | | |
| **Citi Bank c/o Hauselman & Rappin 39 S. LaSalle St, Ste 1105 Chicago, IL 60603** | | H | | | | | 1,859,611.83 |
| Account No. | | | | | | | |
| **Dave, Vibha c/o 293 East Coreys Court Vernon Hills, IL 60061** | X | H | | | | | 10,000.00 |
| Account No. | | | | | | | |
| **Desai, Girish 293 E. Coreys Court Vernon Hills, IL 60061** | X | H | | | | | 65,000.00 |

Sheet no. __2__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,657,402.56**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sandip B. Mehta,**
     **Avani S. Mehta**                                    Case No. _____

                                          ,
                                      Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. | | | | | | | |
| **Desai, Mirali** **341 Ronnie Dr.** **Buffalo Grove, IL 60089** | X | H | | | | | 200,000.00 |
| Account No. | | | | | | | |
| **Desai, Pradip** **1071 Pearlman Drive** **Lake Zurich, IL 60047** | X | H | | | | | 380,000.00 |
| Account No. | | | | | | | |
| **Desai, Pramesh and Hina** **4217 Bennett Ave.** **Gurnee, IL 60031** | X | H | | | | | 11,000.00 |
| Account No. | | | | | | | |
| **Desai, Umang** **341 Ronnie Dr.** **Buffalo Grove, IL 60089** | X | H | | | | | 171,000.00 |
| Account No. | | | | **Personal Guaranty of Business Loan** | | | | |
| **Deutsche Leasing USA** **c/o Kramer, Burns, Mytelka, Lovell** **Springfield, NJ 07081** | | H | | | | X | 362,193.90 |
| Sheet no. **3** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 1,124,193.90 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Sandip B. Mehta,**     **Avani S. Mehta**                                      Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Graphics Dealers Association c/o Bill Germanetti 1300 BasswoodRd., Suite G Schaumburg, IL 60173** | X | H | | | | | 200,000.00 |
| Account No. | | | | | | | |
| **Joules Angstrom c/o The Chaet Kaplan Baim Firm 30 N. LaSalle St, Ste 1520 Chicago, IL 60602** | X | H | | | | | 23,793.57 |
| Account No. | | | | | | | |
| **LoLordo, Joe 646 S. Charles Ave. Naperville, IL 60540** | X | H | | | | | 145,000.00 |
| Account No. | | | | | | | |
| **Maksymowicz, Mark c/o Ernest T. Rossiello & Associate 134 LaSalle St, Ste 1330 Chicago, IL 60602** | | H | | | | X | Unknown |
| Account No. | | | | | | | |
| **Mudra, J&R c/o Manish Pandya 703 E. Fullerton Ave., Unit 107 Glendale Heights, IL 60139** | X | H | | | | | 20,000.00 |

Sheet no. __4___ of __11___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                388,793.57

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Sandip B. Mehta,**     Case No. _____
  **Avani S. Mehta**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Murnane Paper c/o Arnstein & Lehr LLP 120 S. Riverside Plaza Chicago, IL 60606 | X | H | | | | | 200,000.00 |
| Account No. | | | | | | | |
| Newman, Barry c/o Michael J. O'Malley & Associate 107 1/2 W. Prospect Ave Mount Prospect, IL 60056 | X | H | | | | | 76,500.00 |
| Account No. | | | | | | | |
| Overding, Steve c/o Ernest T. Rossiello & Associate 134 LaSalle St, Ste. 1330 Chicago, IL 60602 | | H | | | | X | Unknown |
| Account No. | | | | | | | |
| Pandya, Manish 703 E. Fullerton Avenue Unit 107 Glendale Heights, IL 60139 | X | H | | | | | 20,000.00 |
| Account No. | | | | | | | |
| Parikh, Sanat 1690 White Oak Lane Hoffman Estates, IL 60192 | X | H | | | | | 65,000.00 |

Sheet no. __5__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **361,500.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sandip B. Mehta,**
       **Avani S. Mehta**                                              , Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Parikh, Viral** <br> **1690 White Oak Lane** <br> **Hoffman Estates, IL 60192** | X | H | | | | | 23,500.00 |
| Account No. <br><br> **Patel, Medha** <br> **c/o Kelley, Kelley, Kelley** <br> **1535 W. Schaumburg Rd** <br> **Schaumburg, IL 60194** | | H | | | | | 20,000.00 |
| Account No. <br><br> **Patel, Rohit** <br> **1408 Newgate Ct.** <br> **Libertyville, IL 60048** | X | H | | | | | 450,000.00 |
| Account No. <br><br> **Platinum Converting, Inc.** <br> **c/o Thomas Wilson Waters, Esq.** <br> **1900 Spring Rd., Suite 500** <br> **Oak Brook, IL 60523** | X | H | | | | X | 22,500.66 |
| Account No. <br><br> **PredictiFund, Inc.** <br> **c/o Stein & Rotman** <br> **105 W. Madison, Ste 600** <br> **Chicago, IL 60602** | | H | | | | | 25,755.40 |

Sheet no. __6__ of __11__ sheets attached to Schedule of                       Subtotal
Creditors Holding Unsecured Nonpriority Claims                           (Total of this page)         541,756.06

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sandip B. Mehta,**  Case No. _____
     **Avani S. Mehta**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Raman, Ganesh** **341 Ronnie Dr.** **Buffalo Grove, IL 60089** | X | H | | | | | 40,000.00 |
| Account No. | | | | | | | |
| **Robert Larimore/ Ernest T. Rossiell** **c/o Ernest T. Rossiello & Associate** **134 LaSalle St, Ste. 1330** **Chicago, IL 60602** | | H | | | | X | Unknown |
| Account No. | | | | | | | |
| **Sampat, Suren** **1st Advantage Mortgage** **1315 Macom Dr., Suite 105** **Naperville, IL 60564** | X | H | | | | | 50,000.00 |
| Account No. | | | | | | | |
| **Shah, Ashok, M.D.** **341 Ronnie Drive** **Buffalo Grove, IL 60089** | X | H | | | | | 50,000.00 |
| Account No. | | | | | | | |
| **Shah, Chitu** **848 Belle Isle Lane** **Vernon Hills, IL 60061** | X | H | | | | | 23,500.00 |

Sheet no. __7__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

163,500.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sandip B. Mehta,**        Case No. _____
         **Avani S. Mehta**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Shah, Kirit** <br> **293 East Coreys Court** <br> **Vernon Hills, IL 60061** | X | H | | | | | 9,000.00 |
| Account No. <br><br> **Shah, M.K.** <br> **570 East Northwest Highway** <br> **Des Plaines, IL 60016-2269** | X | H | | | | | 2,450,000.00 |
| Account No. <br><br> **Shah, Mayur** <br> **570 E. Northwest Highway** <br> **Des Plaines, IL 60016-2269** | X | H | | | | | 45,000.00 |
| Account No. <br><br> **Shah, Nirmal** <br> **293 East Coreys Court** <br> **Vernon Hills, IL 60061** | X | H | | | | | 17,500.00 |
| Account No. <br><br> **Shah, Rakesh** <br> **1071 Pearlman Drive** <br> **Lake Zurich, IL 60047** | X | H | | | | | 20,000.00 |

Sheet no. __8__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,541,500.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sandip B. Mehta,**
       **Avani S. Mehta**
                                         Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Shah, Sanjit** <br> **105 Bridle Path** <br> **Fox River Grove, IL 60021** | X | H | | | | | | 50,000.00 |
| Account No. <br><br> **Shah, Suketu** <br> **1142 N. Wood St.** <br> **Apt. 2N** <br> **Chicago, IL 60622** | X | H | | | | | | 15,000.00 |
| Account No. <br><br> **Shah, Sunish** <br> **293 E. coreys Court** <br> **Vernon Hills, IL 60061** | X | H | | | | | | 20,000.00 |
| Account No. <br><br> **Shah, Yogesh** <br> **c/o 341 Ronnie Drive** <br> **Buffalo Grove, IL 60089** | X | H | | | | | | 15,000.00 |
| Account No. <br><br> **Shukla, Manish** <br> **1114 Mill Court** <br> **Carol Stream, IL 60188** | X | H | | | | | | 200,000.00 |

Sheet no. __9__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

300,000.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Sandip B. Mehta,**                    Case No. _____
      **Avani S. Mehta**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Siemens Financial c/o Vedder Price, P.C. 222 N. LaSalle St. Chicago, IL 60601 | X | H | | | | | 372,457.20 |
| Account No. | | | | | | | |
| TCF Equipment Finance c/o Drin Drummer 11100 Wayzata Blvd, Ste. 801 Minnetondka, MN 55305 | | H | | | | | 11,617.04 |
| Account No. | | | | | | | |
| The ACH Hardware 2200 Kensington Ct. Oak Brook, IL 60523 | | J | | | | | Unknown |
| Account No. | | | | | | | |
| The Gazette 1335 West Harrison Street Chicago, IL 60607 | | J | | | | | Unknown |
| Account No. | | | | | | | |
| Tripathi, Mayank c/o Michael R. EK, Ltd Schaumburg, IL 60195 | | H | | | | | 100,000.00 |

Sheet no. __10__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal           **484,074.24**
                                   (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Sandip B. Mehta,**              Case No. _____
**Avani S. Mehta**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Weiner, David c/o Best, Vanderlaan & Harrington 25 E. Washington St, Ste 210 Chicago, IL 60602** | X | H | | | | | | 181,250.00 |
| Account No. | | | | | | | | |
| **Zala, Pradip 293 East Coreys Court Vernon Hills, IL 60061** | X | H | | | | | | 5,000.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __11__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 186,250.00 |
| Total (Report on Summary of Schedules) | 11,351,621.84 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **Sandip B. Mehta,**                                                    Case No. _____
        **Avani S. Mehta**

_____,
                                    Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Sandip B. Mehta**
      **Avani S. Mehta**

                    Debtor(s)

Case No. _____

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **34**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **January 19, 2010**           Signature    **/s/ Sandip B. Mehta**
                                                    **Sandip B. Mehta**
                                                    Debtor

Date   **January 19, 2010**           Signature    **/s/ Avani S. Mehta**
                                                      **Avani S. Mehta**
                                                    Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

5/3rd Bank
c/o Mulherin, Rehfeldt & Varchetto
211 S. Wheaton Ave, Ste. 200
Wheaton, IL 60187


Acharya, Mihir
744 W. Rosiland Drive
Palatine, IL 60047


Acura Financial Services
P.O.Box 165378
Irving, TX 75016-5378


ADP Total Source, Inc
c/o James F. Dunneback, P.C
9501 W. 144th Place, Suite 200
Orland Park, IL 60462


Algonquin Bank
c/o Zukowski Rogers, Flood & McArdl
50 Virginia St
Crystal Lake, IL 60014


All Points Capital Corp
265 Broadhallow Rd
Melville, NY 11747


American Express
Box 0001
Los Angeles, CA 90096-8000


Amin, Jayal
Amin Law Offices, Ltd.
502 Pratt Ave. North
Schaumburg, IL 60193


Bank of America
P.O. Box 45224
Jacksonville, FL 32232


Baytree Leasing Company, LLC
c/o Law Offices of Deborah S. Ashen
217 N. Jefferson St., ste 600
Chicago, IL 60661

Bharat Mehta


BizPlus


Brian Meyers


Cannon Financial Services
c/o Borst & Collins, LLC
Two Prudential Plaza 180 N. Stetson
Chicago, IL 60601


Chase
Cardmember Services
P.O. Box 15153
Wilmington, DE 19886-5153


Citi Bank
c/o Hauselman & Rappin
39 S. LaSalle St, Ste 1105
Chicago, IL 60603


Dave, Vibha
c/o 293 East Coreys Court
Vernon Hills, IL 60061


David Grubb


Deborah S. Ashen, Ltd.
217 North Jefferson, Suite 600
Chicago, IL 60661


Desai, Girish
293 E. Coreys Court
Vernon Hills, IL 60061


Desai, Mirali
341 Ronnie Dr.
Buffalo Grove, IL 60089

Desai, Pradip
1071 Pearlman Drive
Lake Zurich, IL 60047


Desai, Pramesh and Hina
4217 Bennett Ave.
Gurnee, IL 60031


Desai, Umang
341 Ronnie Dr.
Buffalo Grove, IL 60089


Deutsche Leasing USA
c/o Kramer, Burns, Mytelka, Lovell
Springfield, NJ 07081


Graphics Dealers Association
c/o Bill Germanetti
1300 BasswoodRd., Suite G
Schaumburg, IL 60173


Illinois Department of Revenue
Springfield, IL 62719-0001


Internal Revenue Service
Kansas City, MO 64999-0002


Joules Angstrom
c/o The Chaet Kaplan Baim Firm
30 N. LaSalle St, Ste 1520
Chicago, IL 60602


Kramer, Burns, Mytelka
675 Morris Avenue
Springfield, NJ 07081


Leaders Bank
2001 York Road, Suite 150
Oak Brook, IL 60523


LoLordo, Joe
646 S. Charles Ave.
Naperville, IL 60540

Maksymowicz, Mark
c/o Ernest T. Rossiello & Associate
134 LaSalle St, Ste 1330
Chicago, IL 60602


Mudra, J&R
c/o Manish Pandya
703 E. Fullerton Ave., Unit 107
Glendale Heights, IL 60139


Murnane Paper
c/o Arnstein & Lehr LLP
120 S. Riverside Plaza
Chicago, IL 60606


Newman, Barry
c/o Michael J. O'Malley & Associate
107 1/2 W. Prospect Ave
Mount Prospect, IL 60056


Overding, Steve
c/o Ernest T. Rossiello & Associate
134 LaSalle St, Ste. 1330
Chicago, IL 60602


Pandya, Manish
703 E. Fullerton Avenue
Unit 107
Glendale Heights, IL 60139


Parikh, Sanat
1690 White Oak Lane
Hoffman Estates, IL 60192


Parikh, Viral
1690 White Oak Lane
Hoffman Estates, IL 60192


Patel, Medha
c/o Kelley, Kelley, Kelley
1535 W. Schaumburg Rd
Schaumburg, IL 60194


Patel, Rohit
1408 Newgate Ct.
Libertyville, IL 60048

Performance HQ


Platinum Converting, Inc.
c/o Thomas Wilson Waters, Esq.
1900 Spring Rd., Suite 500
Oak Brook, IL 60523


PredictiFund, Inc.
c/o Stein & Rotman
105 W. Madison, Ste 600
Chicago, IL 60602


Rajen Parekh


Raman, Ganesh
341 Ronnie Dr.
Buffalo Grove, IL 60089


Robert Larimore/ Ernest T. Rossiell
c/o Ernest T. Rossiello & Associate
134 LaSalle St, Ste. 1330
Chicago, IL 60602


Samir&Sahil Printing


Sampat, Suren
1st Advantage Mortgage
1315 Macom Dr., Suite 105
Naperville, IL 60564


Sejal Mehta


Shah, Ashok, M.D.
341 Ronnie Drive
Buffalo Grove, IL 60089


Shah, Chitu
848 Belle Isle Lane
Vernon Hills, IL 60061

Shah, Kirit
293 East Coreys Court
Vernon Hills, IL 60061


Shah, M.K.
570 East Northwest Highway
Des Plaines, IL 60016-2269


Shah, Mayur
570 E. Northwest Highway
Des Plaines, IL 60016-2269


Shah, Nirmal
293 East Coreys Court
Vernon Hills, IL 60061


Shah, Rakesh
1071 Pearlman Drive
Lake Zurich, IL 60047


Shah, Sanjit
105 Bridle Path
Fox River Grove, IL 60021


Shah, Suketu
1142 N. Wood St.
Apt. 2N
Chicago, IL 60622


Shah, Sunish
293 E. coreys Court
Vernon Hills, IL 60061


Shah, Yogesh
c/o 341 Ronnie Drive
Buffalo Grove, IL 60089


Shukla, Manish
1114 Mill Court
Carol Stream, IL 60188


Siemens Financial
c/o Vedder Price, P.C.
222 N. LaSalle St.
Chicago, IL 60601

Subhash Desai


TCF Equipment Finance
c/o Drin Drummer
11100 Wayzata Blvd, Ste. 801
Minnetondka, MN 55305


The ACH Hardware
2200 Kensington Ct.
Oak Brook, IL 60523


The Gazette
1335 West Harrison Street
Chicago, IL 60607


Toyota Motor Finance
25 Atlantic Avenue
Erlanger, KY 41018-3188


Tripathi, Mayank
c/o Michael R. EK, Ltd
Schaumburg, IL 60195


Weiner, David
c/o Best, Vanderlaan & Harrington
25 E. Washington St, Ste 210
Chicago, IL 60602


Zala, Pradip
293 East Coreys Court
Vernon Hills, IL 60061


Zoom Communications


Zoom Graphics, LLC